UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MILLS FLOORING INC § Case No. 05-19264 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/22/2011 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/27/2011          By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MILLS FLOORING INC § Case No. 05-19264 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,908.42 |
| and approved disbursements of | $ | 8.72 |
| leaving a balance on hand of[1] | $ | 1,899.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 477.10 | $ 0.00 | $ 477.10 |
| Other: International Sureties Ltd. | $ 1.61 | $ 1.61 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 477.10 |
| Remaining Balance | | | $ 1,422.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,128.50 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Ronald Rosito | $ 1,759.57 | $ 0.00 | $ 1,238.67 |
| 000008 | Illinois Dept of Employment Security | $ 100.00 | $ 0.00 | $ 0.00 |
| 000009 | Illinois Department of Revenue Bankruptcy Section | $ 85.00 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 76.79 | $ 0.00 | $ 76.79 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ 9.91 | $ 0.00 | $ 9.91 |
| AUTO | INTERNAL REVENUE SERVICE | $ 17.96 | $ 0.00 | $ 17.96 |
| AUTO | STATE UNEMPLOYMENT INSURANCE | $ 79.27 | $ 0.00 | $ 79.27 |

Total to be paid to priority creditors          $          1,422.60

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,644.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Material Handling Services, Inc. | $ 2,522.00 | $ 0.00 | $ 0.00 |
| 000002 | Hinz Management | $ 56,097.81 | $ 0.00 | $ 0.00 |
| 000003 | Harris Bank & Trust Company | $ 53,788.44 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Leggett & Platt | $ 8,349.40 | $ 0.00 | $ 0.00 |
| 000005 | Citibank (USA)NA | $ 224.94 | $ 0.00 | $ 0.00 |
| 000006 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ 15,662.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                              Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                            Case No. 05-19264-JHS
Mills Flooring, Inc.                                              Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0752-1        User: tmaurer           Page 1 of 2        Date Rcvd: Jun 28, 2011
                            Form ID: pdf006         Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2011.
db            +Mills Flooring, Inc.,    1709 Armitage Court,    Addison, IL 60101-4221
aty           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty           +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
tr            +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
9346155        AT&T,    P.O. Box 9001309,    Louisville, KY 40290-1309
9346154       +AT&T,    Bankruptcy Dept./Attn. Linda Adams,     6021 S. Rio Grande Ave., 1st Fl.,
                Orlando, FL 32809-4613
9346153       +American Import Tiles, Inc.,     C/O Teller, Levit & Silvertrust,    11 E. Adams St., 8th Fl.,
                Chicago, IL 60603-6324
9346157        BFI Of Melrose Park,    P.O. Box 9001154,    Louisville, KY 40290-1154
9346156       +Barry Serota And Associates,     P.O. Box 1008,    Arlington Heights, IL 60006-1008
9346158        Century Tile,    747 East Roosevelt Road,    Lombard, IL 60148-4791
9346159       +Citibank (South Dakota), N.A.,     701 East 60th Street North,    Sioux Falls, SD 57104-0493
10716976      +Citibank (USA)NA,    Assoc Shell Payment Center,     4300 Westown Parkway,
                West Des Moines IA 50266-1266
9346160        Citicorp Leasing, Inc.,    P.O. Box 7247-7878,     Philadelphia, PA 19170-7878
9346162        Commercial Collections, Inc.,     P.O. Box 901510,    Kansas City, MO 64190-1510
9346163       +Commercial Services Group, Inc.,     11603 Shelbyville Rd., Ste. 3,    Louisville, KY 40243-1386
9346164        Country Mutual Insurance Company,     P.O. Box 2100,    Bloomington, IL 61702-2100
9346166        Ford Credit,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
10705472      +Harris Bank & Trust Company,     c/o Kamm & Shapiro, Ltd.,    318 West Adams Street,   Suite 1700,
                Chicago, Illinois 60606-5100
9346168       +Harris Bank Oakbrook Terrace,     17W 695 Roosevelt Road,    Oakbrook Terrace, IL 60181-3545
9346170       +Harris Trust And Savings Bank,     111 West Monroe Street,    Chicago, IL 60603-4095
9346169        Harris Trust And Savings Bank,     P.O. Box 0755,    Chicago, IL 60690-0755
9346171       +Hinz Management,    c/o Joal T Petz,    Jenner & Block LLP,    One IBM Plaza,
                Chicago IL 60611-3586
12141476       Illinois Department of Revenue Bankruptcy Section,      P.O. Box 64338,    Chicago, IL 60664-0338
10992188      +Illinois Dept of Employment Security,     Bankruptcy Unit - 4th Floor,    33 South State Street,
                Chicago IL 60603-2804
9346173       +LTD Financial Services,    7322 Southwest Freeway, Ste. 1600,     Houston, TX 77074-2053
9346172        Leggett & Platt,    L&P Financial Services Co,     No 1 Leggett Road,   Carthage MO 64836-9649,
                Attn: Teresa Baker
9346174        MasterCard,    Account Management Center,    3300 Bloor St W #800,    Toronto, ON M8X 2X2
9346175        Mastercard,    C/O Harris Trust And Savings Bank,     P.O. Box 0755,   Chicago, IL 60690-0755
9346176       +Material Handling Services, Inc.,     1800 West Hawthorne Lane, Suite M,
                West Chicago, IL 60185-1863
9346177       +Michael David Weis,    P.O. Box 1166,    Northbrook, IL 60065-1166
9346178       +Mohawk Industries,    150 East Crossroads Parkway,     Bolingbrook, IL 60440-3517
9346179       +National Trailor Repair, Inc.,     110 Anton Drive,    Romeoville, IL 60446-4058
9346180        New England Business Service, Inc.,     500 Main Street,    Groton, MA 01471-0004
9346182        Officemax Credit Plan,    P.O. Box 9020,    Des Moines, IA 50368-9020
9346183       +Paul E. Freehling,    55 East Monroe Street, Ste. 4200,     Chicago, IL 60603-5713
9346184        Real Estate Investment Managers,     75 Remittance Drive, Ste. 3178,    Chicago, IL 60675-3178
9346185       +Ronald Rosito,    4917 North Chester,    Norridge, IL 60706-2906
9346186        SBC,   60663 SBC Drive,    Chicago, IL 60663-0001
9346188        Shell Fleet,    P.O. Box 183019,    Columbus, OH 43218-3019
10543747       St Paul Travelers,    Donna M Charles,    Claims Rep/Property Subrogation,    PO Box 2954,
                Milwaukee WI 53201-2954
9346189      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     P.O. Box 790408,    St. Louis, MO 63179-0408)
10723969      +US BANK CORP/RETAIL PAYMENT SOLUTIONS,     PO BOX 5229,    CINCINNATI, OHIO 45201-5229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9346161        E-mail/Text: legalcollections@comed.com Jun 29 2011 00:02:57     ComEd,    Bill Payment Center,
                Chicago, IL 60668-0001
9346165        E-mail/Text: RDEVRIE@EMHC.ORG Jun 29 2011 00:03:05     Elmhurst Memorial Hospital,
                P.O. Box 92348,    Chicago, IL 60675-2348
9346167       +E-mail/Text: SCD_BankruptcyNotices@Grainger.com Jun 29 2011 00:05:18      Grainger,
                1545 West Fullerton Avenue,    Addison, IL 60101-3017
9346181       +E-mail/Text: bankrup@nicor.com Jun 29 2011 00:01:39     NICOR (Northern Illinois Gas),
                Attn: Bankruptcy & Collections,    PO Box 549,   Aurora, IL 60507-0549
9346187       +E-mail/Text: financialservicesbk@shawinc.com Jun 29 2011 00:03:29      Shaw Industries,
                616 East Walnut Avenue,   Dalton, GA 30721-4409
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9346151*       +Mills Flooring Inc,    1709 Armitage Court,   Addison, IL 60101-4221
```

```
                Case 05-19264    Doc 39    Filed 06/28/11    Entered 06/30/11 23:24:44    Desc Imaged
                                  Certificate of Service    Page 6 of 6
```

```
District/off: 0752-1           User: tmaurer                 Page 2 of 2              Date Rcvd: Jun 28, 2011
                               Form ID: pdf006               Total Noticed: 47

9346152     ##+Gierum & Mantas,    1030 W Higgins Road,   Suite 220,    Park Ridge, IL 60068-5761
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2011**                              **Signature:**   *Joseph Speetjens*