UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MILLS FLOORING INC § Case No. 05-19264
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citicorp Leasing |  |  |  |  |  |
|  | Ford Credit |  |  |  |  |  |
|  | Harris Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 000007 | RONALD ROSITO | | | | | |
| AUTO | STATE TAX | | | | | |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | | | | | |
| 000009 | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000008 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | STATE UNEMPLOYMENT INSURANCE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | ATI | | | | | |
| | American Import Tiles | | | | | |
| | BFI of Melrose Park | | | | | |
| | Barry Serota & Assoc. ADT Security | | | | | |
| | Century Tile | | | | | |
| | Com Ed | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commercial Services Group, Inc. | | | | | |
| | Country Mutual Insurance Company | | | | | |
| | Elmhurst Hospital | | | | | |
| | Grainger | | | | | |
| | Harris Bank Mastercard | | | | | |
| | LTD Financial Services | | | | | |
| | Mastercard | | | | | |
| | Michael David Weis | | | | | |
| | Mohawk Industries | | | | | |
| | National Trailor Repair, Inc. | | | | | |
| | New England Business Service, Inc. | | | | | |
| | Nicor | | | | | |
| | Nicor | | | | | |
| | Nicor | | | | | |
| | Office Max | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Real Estate Investment Managers | | | | | |
| | Ronald Rosito | | | | | |
| | SBC | | | | | |
| | Shaw Industries | | | | | |
| | Shell Fleet | | | | | |
| 000003 | HARRIS BANK & TRUST COMPANY | | | | | |
| 000002 | HINZ MANAGEMENT | | | | | |
| 000004 | LEGGETT & PLATT | | | | | |
| 000001 | MATERIAL HANDLING SERVICES, INC. | | | | | |
| 000005 | CITIBANK (USA)NA | | | | | |
| 000006 | US BANK CORP/RETAIL PAYMENT SOLUTIO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 05-19264  Doc 43  Filed 11/28/11  Entered 11/15/11 11:17:22  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 1
Document  Page 9 of 15
ASSET CASES

Exhibit 8

| Case No: | 05-19264 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | MILLS FLOORING INC | | | | Date Filed (f) or Converted (c): | 05/13/05 (f) |
| | | | | | 341(a) Meeting Date: | 06/29/05 |
| For Period Ending: | 11/02/11 | | | | Claims Bar Date: | 06/20/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A/R | 29,648.46 | 29,648.46 | | 1,856.25 | FA |
| 2. Slocum V. GECC settlement payment (u) | 0.00 | 7.79 | | 7.79 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 44.41 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $29,648.46 | $29,656.25 | | $1,908.45 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will prepare tax returns , review claims and file TFR

Initial Projected Date of Final Report (TFR): 12/31/06     Current Projected Date of Final Report (TFR): 05/31/11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | | |
|---|---|---|
| Case No: | 05-19264 -SQU | |
| Case Name: | MILLS FLOORING INC | |
| Taxpayer ID No: | *******4381 | |
| For Period Ending: | 11/02/11 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| Account Number / CD #: | *******2874 Interest earning MMA Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/05 | 1 | Kenneth Voight<br>631 Burns Ave.<br>Flossmoor, IL 60422 | A/R<br>Account Receivable due Debtor | 1121-000 | 1,390.00 | | 1,390.00 |
| 08/01/05 | 1 | Kenneth Voight<br>631 Burns Ave.<br>Flossmoor, IL 60422 | A/R<br>Account Receivable due Debtor | 1121-000 | 101.25 | | 1,491.25 |
| 08/01/05 | 1 | Medinah Carpet Company<br>335 N. Geneva Rd.<br>Carol Stream, IL 60188 | A/R<br>Account Receivable due Debtor | 1121-000 | 320.00 | | 1,811.25 |
| 08/01/05 | 1 | Martin O'Hara<br>1548 Oregon Trail<br>Elk Grove, IL 60007 | A/R<br>Account Receivable due Debtor | 1121-000 | 45.00 | | 1,856.25 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.85 | | 1,857.10 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.92 | | 1,858.02 |
| 10/04/05 | 2 | Rust Consulting Inc.<br>P.O. Box 1685<br>Faribult, MN 55021 | Settlement Proceeds | 1249-000 | 7.79 | | 1,865.81 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.95 | | 1,866.76 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.92 | | 1,867.68 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.95 | | 1,868.63 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.95 | | 1,869.58 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.33 | | 1,870.91 |
| 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 0.97 | 1,869.94 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.59 | | 1,871.53 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.54 | | 1,873.07 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.59 | | 1,874.66 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.54 | | 1,876.20 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.59 | | 1,877.79 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.59 | | 1,879.38 |

Page Subtotals 1,880.35 0.97

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04e

LFORM24

Case 05-19264 Doc 43 Filed 11/15/11 Entered 11/15/11 11:17:22 Desc Main
Document Page 11 of 15
Page: 2
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No: | 05-19264 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | MILLS FLOORING INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2874 Interest earning MMA Account |
| Taxpayer ID No: | *******4381 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.54 | | 1,880.92 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.60 | | 1,882.52 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.55 | | 1,884.07 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.60 | | 1,885.67 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.60 | | 1,887.27 |
| 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 1.46 | 1,885.81 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.45 | | 1,887.26 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.60 | | 1,888.86 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.55 | | 1,890.41 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.61 | | 1,892.02 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.55 | | 1,893.57 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.61 | | 1,895.18 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.61 | | 1,896.79 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.20 | | 1,897.99 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.22 | | 1,899.21 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.01 | | 1,900.22 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.91 | | 1,901.13 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.75 | | 1,901.88 |
| 02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 1.79 | 1,900.09 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.45 | | 1,900.54 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.45 | | 1,900.99 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.39 | | 1,901.38 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.23 | | 1,901.61 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.24 | | 1,901.85 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 1,902.09 |

Page Subtotals    25.96    3.25

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 16.04e

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 05-19264 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MILLS FLOORING INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2874  Interest earning MMA Account |
| Taxpayer ID No: | *******4381 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.24 | | 1,902.33 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.24 | | 1,902.57 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 1,902.75 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.16 | | 1,902.91 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 1,903.01 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,903.03 |
| 02/17/09 | 000304 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 1.48 | 1,901.55 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,901.56 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,901.58 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,901.62 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.67 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.72 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.77 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.82 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.87 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.92 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,901.97 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,902.02 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,902.07 |
| 02/09/10 | 000305 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 1.41 | 1,900.66 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,900.70 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,900.75 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,900.80 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,900.84 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,900.89 |

Page Subtotals    1.69    2.89

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 16.04e

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 05-19264 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MILLS FLOORING INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2874 Interest earning MMA Account |
| Taxpayer ID No: | *******4381 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.94 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.99 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,901.04 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,901.09 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,901.14 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,901.19 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,901.24 |
| 02/07/11 | 000306 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 1.61 | 1,899.63 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,899.64 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,899.66 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,899.68 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,899.70 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,899.72 |
| 07/22/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,899.73 |
| 07/22/11 | | Transfer to Acct #*******4056 | Final Posting Transfer | 9999-000 | | 1,899.73 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 1,908.45 | 1,908.45 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 1,899.73 | |
| Subtotal | | 1,908.45 | 8.72 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,908.45 | 8.72 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Page Subtotals  0.45   1,901.34

Ver: 16.04e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 05-19264 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MILLS FLOORING INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4056 BofA - Checking Account |
| Taxpayer ID No: | *******4381 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/21/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 477.10 | -477.10 |
| 07/21/11 | 003002 | Ronald Rosito<br>4917 North Chester<br>Norridge, IL 60706 | Claim 000007, Payment 70.39731% | 5300-000 | | 759.94 | -1,237.04 |
| 07/21/11 | 003003 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-000 | | 76.80 | -1,313.84 |
| 07/21/11 | 003004 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 76.80 | -1,390.64 |
| 07/21/11 | 003005 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-000 | | 346.83 | -1,737.47 |
| 07/21/11 | 003006 | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 9.91 | -1,747.38 |
| 07/21/11 | 003007 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 17.96 | -1,765.34 |
| 07/21/11 | 003008 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 17.96 | -1,783.30 |
| 07/21/11 | 003009 | STATE TAX | ILLINOIS STATE TAX | 5300-000 | | 37.16 | -1,820.46 |
| 07/21/11 | 003010 | STATE UNEMPLOYMENT INSURANCE | ILLINOIS UNEMPLOYMENT INSURANC | 5800-000 | | 79.27 | -1,899.73 |
| 07/22/11 | | Transfer from Acct #*******2874 | Transfer In From MMA Account | 9999-000 | 1,899.73 | | 0.00 |

| | | COLUMN TOTALS | 1,899.73 | 1,899.73 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 1,899.73 | 0.00 | |
| | | Subtotal | 0.00 | 1,899.73 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 1,899.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Interest earning MMA Account - *******2874 | 1,908.45 | 8.72 | 0.00 |
| BofA - Checking Account - *******4056 | 0.00 | 1,899.73 | 0.00 |
| | 1,908.45 | 1,908.45 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 1,899.73 1,899.73

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 16.04e

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-19264 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MILLS FLOORING INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4056 BofA - Checking Account |
| Taxpayer ID No: | *******4381 | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals 0.00 0.00